UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 17-06028-ODW (FFM) | Date | August 22, 2017 |
|---|---|---|---|
| Title | *Myron Hale v. Julien Supervisor* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                      **In Chambers**

       Based on Defendant's concession that it cannot establish Plaintiff's citizenship, *see* ECF No. 10, the Court concludes that it lacks subject matter jurisdiction over this action. Thus, the Court **REMANDS** this action to the Los Angeles Superior Court, Case No. BC 667931.

       The Court **DENIES AS MOOT** Defendant's Motion to Withdraw Notice of Removal. (ECF No. 10.)

       The Clerk of the Court shall close the case.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | SE |